Michael K. Friedland (SBN 157,217)
mfriedland@knobbe.com
Lauren Keller Katzenellenbogen (SBN 223,370)
lauren.katzenellenbogen@knobbe.com
Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Samantha Y. Hsu (SBN 285,853)
samantha.hsu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404; Facsimile:  (949) 760-9502

Attorneys for Plaintiff and Counterdefendant OAKLEY, INC.

| | |
|---|---|
| Tyler J. Woods (SBN 232464)<br>twoods@trialnewport.com<br>NEWPORT TRIAL GROUP<br>4100 Newport Place, Suite 800<br>Newport Beach, CA 92660<br>Tel: (949) 706-6464;<br>Fax: (949) 706-6469 | Timothy P. Getzoff<br>(Admitted *pro hac vice*)<br>tgetzoff@hollandhart.com<br>HOLLAND & HART LLP<br>1800 Broadway, Suite 300<br>Boulder, CO  80302<br>Tel: 303-473-2734<br>Fax: 303-473-2720 |

James E. Hartley (Admitted *pro hac vice*)
jhartley@hollandhart.com
Mher Hartoonian (Admitted *pro hac vice*)
mhartoonian@hollandhart.com
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado 80202
Tel: 303-295-8000: Fax: 303-295-8261

Attorneys for Defendant and Counterclaimant

MILNER DISTRIBUTION ALLIANCE, INC. d/b/a MAXX HD SUNGLASSES

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MILNER DISTRIBUTION ALLIANCE, INC. d/b/a MAXX HD SUNGLASSES, a Colorado corporation,<br><br>　　　　Defendant.<br><br>And Related Counterclaims | Civil Action No.<br>8:13-cv-00572-JVS-AN<br><br>**JOINT REPORT REGARDING STATUS OF SETTLEMENT NEGOTIATIONS**<br><br><br><br>Honorable James V. Selna |

Plaintiff Oakley, Inc. ("Oakley") and Defendant Milner Distribution Alliance, Inc. d/b/a Maxx HD Sunglasses ("Milner"), through their counsel of record, hereby provide a joint report regarding the status of settlement.

On January 31, 2014, the parties conducted a settlement conference with Honorable Jean P. Rosenbluth in connection with a second case between the parties involving trade dress and trademark infringement currently pending in the Central District of California, Case No. SACV 13-00867 AG (JPRx). The parties discussed at the mediation the potential for both a global settlement of both cases, and also the possibility that they might settle just the design patent infringement case pending before this Court. Principals for both parties, with full authority to settle the action(s), along with their respective lead counsel, attended and actively participated in the mediation. While the parties' negotiations were productive, the parties were unable to reach a settlement during the course of the mediation.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: February 7, 2014   By: */s/Lauren Keller Katzenellenbogen*
    Michael K. Friedland
    Lauren Keller Katzenellenbogen
    Ali S. Razai
    Samantha Y. Hsu

Attorneys for Plaintiff and Counterdefendant
OAKLEY, INC.

HOLLAND & HART, LLP

Dated: February 7, 2014   By: */s/Mher Hartoonian* (with permission)
    Tyler J. Woods
    NEWPORT TRIAL GROUP

    James E. Hartley (pro hac vice)
    Timothy P. Getzoff (pro hac vice)
    Mher Hartoonian (pro hac vice)
    HOLLAND & HART LLP

Attorney for Plaintiff and Counterclaimant
MILNER DISTRIBUTION ALLIANCE, INC.
d/b/a MAXX HD SUNGLASSES

-1-