Michael K. Friedland (SBN 157,217)
michael.friedland@knobbe.com
Lauren Keller Katzenellenbogen (SBN 223,370)
lauren.katzenellenbogen@knobbe.com
Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Samantha Y. Hsu (SBN 285,853)
samantha.hsu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff Oakley, Inc.

James E. Hartley (Admitted *Pro Hac Vice*)
jhartley@hollandhart.com
Mher Hartoonian (Admitted *Pro Hac Vice*)
mhartoonian@hollandhart.com
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
T: (303) 295-8000; F: (303) 295-8261

Tyler J. Woods (SBN 232464
twoods@trialnewport.com
NEWPORT TRIAL GROUP
4100 Newport Place, Suite 800
Newport Beach, CA 92660
T: (949) 706-6464;
F: (949) 706-6469

Timothy P. Getzoff (Admitted *Pro Hac Vice*)
tgetzoff@hollandhart.com
HOLLAND & HART LLP
1800 Broadway, Ste. 300
Boulder, CO 80302
T: (303) 473-2724; F: (303) 473-2720

Attorneys for Defendant Milner Distribution
Alliance. Inc. d/b/a Maxx HD Sunglasses

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MILNER DISTRIBUTION ALLIANCE, INC. d/b/a MAXX HD SUNGLASSES, a Colorado corporation,<br><br>Defendant.<br><br>And Related Counterclaims | Civil Action No. 8:13-cv-00572-JVS-AN<br><br>**NOTICE OF SETTLEMENT**<br><br>Honorable James V. Selna |

Plaintiff Oakley, Inc. ("Oakley") and Defendant Milner Distribution Alliance, Inc. d/b/a Maxx HD Sunglasses ("Milner") respectfully submit this Notice of Settlement.

On March 24, 2014, the Parties held a mediation before a private mediator and reached a settlement-in-principle of all claims and defenses in this action. The Parties are currently drafting and negotiating a formal settlement agreement and expect to submit a Joint Stipulation of Dismissal With Prejudice by April 18, 2014. Accordingly, the parties respectfully request that the Court stay all remaining dates in this action.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 7, 2014    By: /s/Ali S. Razai
                            Michael K. Friedland
                            Lauren Keller Katzenellenbogen
                            Ali S. Razai
                            Samantha Y. Hsu

Attorneys for Plaintiff and Counterdefendant Oakley, Inc.

NEWPORT TRIAL GROUP
HOLLAND & HART LLP

Dated: April 7, 2014    By: /s/Timothy P. Getzoff (with permission)
                            James E. Hartley (pro hac vice)
                            Timothy P. Getzoff (pro hac vice)
                            Mher Hartoonian (pro hac vice)
                            HOLLAND & HART LLP

                            Tyler J. Woods
                            NEWPORT TRIAL GROUP

Attorney for Defendant and Counterclaimant Milner Distribution Alliance, Inc. d/b/a Maxx Hd Sunglasses

17701165

-1-