Michael K. Friedland (SBN 157,217)
michael.friedland@knobbe.com
Lauren Keller Katzenellenbogen (SBN 223,370)
lauren.katzenellenbogen@knobbe.com
Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Samantha Y. Hsu (SBN 285,853)
samantha.hsu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile:  (949) 760-9502

Attorneys for Plaintiff Oakley, Inc.

James E. Hartley (Admitted *Pro Hac Vice*)
jhartley@hollandhart.com
Mher Hartoonian (Admitted *Pro Hac Vice*)
mhartoonian@hollandhart.com
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
T:  (303) 295-8000; F:  (303) 295-8261

Tyler J. Woods (SBN 232464
twoods@trialnewport.com
NEWPORT TRIAL GROUP
4100 Newport Place, Suite 800
Newport Beach, CA 92660
T:  (949) 706-6464;
F:  (949) 706-6469

Timothy P. Getzoff (Admitted *Pro Hac Vice*)
tgetzoff@hollandhart.com
HOLLAND & HART LLP
1800 Broadway, Ste. 300
Boulder, CO 80302
T:  (303) 473-2724; F:  (303) 473-2720

Attorneys for Defendant Milner Distribution
Alliance. Inc. d/b/a Maxx HD Sunglasses

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MILNER DISTRIBUTION ALLIANCE, INC. d/b/a MAXX HD SUNGLASSES, a Colorado corporation,<br><br>Defendant.<br><br>And Related Counterclaims | Civil Action No. 8:13-cv-00572-JVS-AN<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Honorable James V. Selna |

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,
2  Plaintiff Oakley, Inc. ("Oakley") and Defendant Milner Distribution Alliance,
3  Inc. d/b/a Maxx HD Sunglasses ("Milner") ( "Milner"), acting through their
4  respective counsel of record, hereby stipulate to the dismissal with prejudice of
5  all claims, counterclaims, and defenses currently pending in the above-captioned
6  action.

7  This Stipulation of Dismissal is submitted pursuant to a Settlement
8  Agreement between Oakley and Milner.  Oakley and Milner have each agreed to
9  bear their own costs, expenses, and attorneys' fees.  The Court shall retain
10 jurisdiction over this matter to enforce compliance with the Settlement
11 Agreement.

12 **IT IS SO STIPULATED.**

13                              KNOBBE, MARTENS, OLSON & BEAR, LLP

15 Dated: May 9, 2014          By: */s/ Lauren Keller Katzenellenbogen*
                                   Michael K. Friedland
16                                 Lauren Keller Katzenellenbogen
                                   Ali S. Razai
17                                 Samantha Y. Hsu

18                              Attorneys for Plaintiff and Counterdefendant
                                Oakley, Inc.

20                              NEWPORT TRIAL GROUP
                                HOLLAND & HART LLP
21

22 Dated: May 9, 2014          By: */s/ Timothy P. Getzoff (with permission)*
                                   Tyler J. Woods
23                                 NEWPORT TRIAL GROUP

24                                 James E. Hartley (pro hac vice)
25                                 Timothy P. Getzoff (pro hac vice)
                                   Mher Hartoonian (pro hac vice)
26                                 HOLLAND & HART LLP

27                              Attorney for Defendant and Counterclaimant
                                Milner Distribution Alliance, Inc. d/b/a Maxx Hd
28                              Sunglasses

17966351
-1-