Michael K. Friedland (SBN 157,217)
michael.friedland@knobbe.com
Lauren Keller Katzenellenbogen (SBN 223,370)
lauren.katzenellenbogen@knobbe.com
Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Samantha Y. Hsu (SBN 285,853)
samantha.hsu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile:  (949) 760-9502

Attorneys for Plaintiff Oakley, Inc.

James E. Hartley (Admitted *Pro Hac Vice*)
jhartley@hollandhart.com
Mher Hartoonian (Admitted *Pro Hac Vice*)
mhartoonian@hollandhart.com
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
T:  (303) 295-8000; F:  (303) 295-8261

Timothy P. Getzoff (Admitted *Pro Hac Vice*)
tgetzoff@hollandhart.com
HOLLAND & HART LLP
1800 Broadway, Ste. 300
Boulder, CO 80302
T:  (303) 473-2724; F:  (303) 473-2720

Tyler J. Woods (SBN 232464
twoods@trialnewport.com
NEWPORT TRIAL GROUP
4100 Newport Place, Suite 800
Newport Beach, CA 92660
T:  (949) 706-6464;
F:  (949) 706-6469

Attorneys for Defendant Milner Distribution
Alliance. Inc. d/b/a Maxx HD Sunglasses

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> MILNER DISTRIBUTION ALLIANCE, INC. d/b/a MAXX HD SUNGLASSES, a Colorado corporation, <br><br> Defendant. <br> And Related Counterclaims | Civil Action No. 8:13-cv-00572-JVS-AN <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL** <br><br> Honorable James V. Selna |

Pursuant to stipulation of the parties through their counsel of record, and for good cause, IT IS HEREBY ORDERED THAT:

1. This Action, including all claims and counterclaims, is hereby dismissed with prejudice;

2. Each party is to bear its own costs and attorneys' fees; and

3. All trial and pre-trial dates currently scheduled are vacated.

**IT IS SO ORDERED.**

Dated: May 12, 2014

Hon. James V. Selna
United States District Court Judge

17966373

-1-